Writ denied. On the facts found by the Court of Appeal the ruling presents no error of law.

SUMMERS, J., is of the opinion that the writ should be granted.

TATE, J., recused, having participated in Court of Appeal consideration of this litigation.

256 So.2d 637

**Elzie VERDIN**

**v.**

**QUALITY CHEVROLET CO., Inc.**
**No. 52059.**

Feb. 3, 1972.

In re: Quality Chevrolet Co., Inc. applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of Terrebonne. 255 So.2d 458.

Writ refused. On the facts found by the Court of Appeal the result is correct.

SUMMERS, J., is of the opinion the writ should be granted. . The judgment of the trial court is correct.